

C. LANCE MARGOLIN, ESQ.   ALAN WEINREB, ESQ.   CYNTHIA A. NIERER, ESQ.

February 7, 2023

**VIA ECF**
The Honorable Mag. Judge Taryn A. Merkl
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Wilmington PT Corp. v. Tiwana, et al., Index No. 19-cv-2035-DG-TAM</u>

Dear Magistrate Judge Merkl:

We are the attorneys for Wilmington PT Corp. ("Plaintiff") in the above-referenced case. Please accept this letter as a request for an extension of time to respond to Your Honor's January 25, 2023 Order by February 8, 2023 for 2 weeks. The reason for this request is that I have bronchitis and also tested positive for Covid-19 yesterday, requiring additional time.

I thank the court for its review of the within request under these undesirable circumstances.

Respectfully Submitted,

*/s/ Alan H. Weinreb*
Alan H. Weinreb
Attorneys for Plaintiff

cc: Rashmi Attri, Esq., attorney for Defendants

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101   SYOSSET, NEW YORK 11791   T. (516) 921-3838   F. (516) 921-3824   WWW.NYFCLAW.COM